Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CODY EDWARD DAVIS,<br><br>                      Plaintiff,<br><br>vs.<br><br>DEPUTY BRONK, et al.,<br>                      Defendants. | CASE NO. 3:18-cv-00066-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW PLAINTIFF, CODY EDWARD DAVIS, in the proper person, and Defendants, JEFFREY OTTO, ANDREW BRONK, FRANK HUNEWILL, BOB HASTINGS, VIDA KELLER, KEN GRAY, JOE MORTENSEN, ELIZABETH HARRISON, and ALVIN McNEIL, by and through their attorneys of record, Thorndal Armstrong Delk Balkenbush &

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 1 -

Eisinger, and hereby stipulate that the above-entitled matter may be dismissed with prejudice in its entirety and each party to bear their own costs and attorney's fees.

Dated this 18 day of August, 2020.

_____93564_____
Cody Edward Davis, #93564
Warm Springs Correctional Center
PO Box 7007
Carson City, Nevada 89702
PRO PER PLAINTIFF

DATED this 26 day of August, 2020.

THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER

By: _____
Katherine F. Parks, Esq.
State Bar No. 6227
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants
JEFFREY OTTO, ANDREW BRONK, FRANK HUNEWILL, BOB HASTINGS, VIDA KELLER, KEN GRAY, JOE MORTENSEN, ELIZABETH HARRISON, AND ALVIN MCNEIL

**ORDER**

It is so ordered.

DATED: __August 26__, 2020.

_____
DISTRICT COURT JUDGE

- 2 -